# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **Billy J. Kidd,** *on Behalf of Himself and All Others Similarly Situated*, ) ) ) ) **Plaintiff,** ) ) vs. ) ) **Mathis Tire and Auto Service, Inc.** ) *A Tennessee corporation,* and ) **Direct Tire Distributors, Inc.** ) *A Tennessee corporation.* ) ) **Defendants.** ) | **Case No.: 2:14-cv-2298-JPM-dkv** <u>**Jury Demanded**</u> |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court having been advised that all matters in controversy have been settled, and the parties are agreed that this action should be dismissed with prejudice, hereby orders that this case is dismissed with prejudice, with each party to bear its own attorney's fees, costs, and expenses. Defendants shall pay the settlement proceeds within ten (10) business days of the entry of this Order.

/s/ Jon Phipps McCalla
JUDGE JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT JUDGE

**AGREED:**

By:

s/ Alan G. Crone
Alan G. Crone, TN Bar No. 014285
Laura Ann E. Bailey TN Bar No. 027078
CRONE  & MCEVOY, PLC
5583 Murray Rd., Suite 120
Memphis, TN 38119
901.737.7740 (voice)
901.737.7558 (fax)
acrone@thecmfirm.com   (email)
lbailey@thecmfirm.com   (email)

and

By: s/ Michael N. Hanna
Michael N. Hanna, Esquire (FL Bar No. 85035)
Morgan & Morgan, P.A.
600 N. Pine Island Rd., Ste. 400
Plantation, FL 33324
Telephone: (954) 318-0268
Facsimile: (954) 333-3515
Email: MHanna@forthepeople.com

*Attorneys for Plaintiff*

And

By: s/Courtney Leyes
Courtney Leyes (TN Bar No. 34012)
Jeff Weintraub (TN Bar No. 9686)
Fisher & Phillips, LLP
1715 Aaron Brenner Dr., Suite. 312
Memphis, TN  38120
Telephone: (901) 526-0431
Facsimile: (901) 526-8183
Email: cleyes@laborlawyers.com
            jweintraub@laborlawyers.com